JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

VALERIE KAITES,

     Plaintiff,

          v.

ANDREW M. SAUL, Commissioner
of Social Security,

     Defendant.

No. 5:18-cv-02367-JDE

JUDGMENT OF REMAND

     Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 23, "Stipulation of Remand"),

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: August 01, 2019

JOHN D. EARLY
United States Magistrate Judge